IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                         }
                                               }  Case No. 3:22-bk-02034
JANICE ANNETTE BROWN                           }
                                               }  Chapter 13
SSN: xxx-xx-2541                               }
                                               }
    Debtor                  }

## **NOTICE OF NEW MAILING ADDRESS FOR CREDITOR**

COMES NOW the Debtor, and would give notice of the corrected name and address of the following Creditor:

The Creditor was originally listed as follows:

    CAPITAL RECOVERY
    4505 N FRONT STREET
    PO BOX 67555
    Harrisbug, pa 17106

The Creditor should be listed as follows:

    Capital Recover
    c/o Wayfinder
    PO BOX 123403
    DEPT 3403
    Dallas, TX 75312

    Respectfully submitted,

    */s/ Daniel T. Castagna*
    Daniel T. Castagna, BPR #022721
    Attorney for Debtor
    1900 Church Street, Suite 400
    Nashville, TN 37203
    (615) 255-2893
    fax: (615) 242 8849
    cm-ecf@jamesflexerconsumerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2022, I furnished a true and correct copy of the foregoing to the following parties in interest:

<u>Electronic</u>
Henry E. Hildebrand, III
Chapter 13 Trustee
PO Box 340019
Nashville, TN 37203

<u>Electronic</u>
U.S. Trustee
318 Customs House, 701 Broadway
Nashville, TN 37203

<u>U.S. mail first class</u>
CAPITAL RECOVERY
C/O WAYFINDER
PO BOX 123403, DEPT 3403
Dallas, TX  75312

I have sent out 3 notices.

*/s/ Daniel T. Castagna*
Daniel T. Castagna